**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R.1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4830-15T3

ALISA DIAMOND, f/k/a
ALISA LICHAW,

    Plaintiff-Respondent,

v.

STEPHEN LICHAW,

    Defendant-Appellant.

_____

        Submitted May 16, 2017 — Decided July 28, 2017

        Before Judges Espinosa and Suter.

        On appeal from Superior Court of New Jersey,
        Chancery Division, Family Part, Bergen County,
        Docket No. FM-02-0861-10.

        Stephen Lichaw, appellant pro se.

        Respondent has not filed a brief.

PER CURIAM

    The parties in this post-judgment matrimonial matter entered into a consent order in January 2013 that transferred exclusive jurisdiction of the matter to the Family Court of Nassau County

in New York. Defendant filed a motion seeking, among other relief, a declaratory judgment that New Jersey has exclusive jurisdiction over all issues relating to custody, visitation and child support, based upon his assertion that plaintiff breached terms of the consent order. That motion was denied. Defendant then filed a motion for reconsideration, which was denied by order dated May 16, 2016. Defendant appeals from the denial of his motion for reconsideration. We affirm, substantially for the reasons articulated by Judge Gary N. Wilcox in his thoughtful and well-reasoned written decision.

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-4830-15T3